UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAT'S GARAGE DOORS & REPAIRS, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-0380** |
| **DISTRIBUTION BY DATAGEN, INC., ET AL.** | **SECTION: "R" (4)** |

## ORDER

Before the Court is **Defendants' Second Amended Motion for Protective Order as to Rule 26 Initial Disclosures and Discovery (R. Doc. 26)** filed by Defendants Distribution by Datagen, Inc., Gallagher Health Studies, Inc., Inspired by Coconut, Inc., Smart Services, Inc., Michael Purr, Marlin Brett Dixon, John Micalizio, and Strategic Benefit Alliance, Inc. ("Defendants") seeking an order from this Court staying discovery, including Federal Rule of Civil Procedure ("Rule") 26 initial disclosures, until ten (10) days after the date of the presiding District Court Judge's ruling on Defendants' motion to dismiss.

In their opposition to the motion (R. Doc. 32), Plaintiffs Pat's Garage Doors & Repairs, LLC, Pat S. Baker, Kirk E. Baker, John Baker, and Jennifer Vosburg ("Plaintiffs") state that since the parties October 13, 2011 preliminary conference, the parties have engaged in settlement negotiations. Plaintiffs further state that they "do not oppose staying discovery and Rule 26 initial disclosures until such time as settlement negotiations have concluded." (R. Doc. 32, p. 2.)

Accordingly,

**IT IS ORDERED** that Plaintiffs shall file a supplemental memorandum detailing the status of the parties' settlement negotiations, including whether settlement negotiations are ongoing and how long the parties predict settlement negotiations will continue, **no later than Friday, February 10, 2012**.

New Orleans, Louisiana, this 7th day of February 2012.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**