UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PAT'S GARAGE DOORS & REPAIRS, L.L.C., ET AL. | CIVIL ACTION |
| | NO.: 3:11-CV-00380-SSV-KWR |
| VERSUS | |
| DISTRIBUTION BY DATAGEN, INC., ET AL | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW INTO COURT, through undersigned counsel, come all plaintiffs, Pat's Garage Doors & Repairs, LLC, Pat S. Baker, Kirk E. Baker, John Baker, and Jennifer Vosburg, who according to Fed. R. Civ. P. Rule 41(a)(1) dismisses its action against all defendants, without prejudice, upon showing that no party has filed an answer or motion for summary judgment.  Pursuant to Local Rule 41.1, Plaintiffs intend to re-file this action in another forum.

**WHEREFORE**, Plaintiffs hereby voluntarily dismiss this action without prejudice.

Baton Rouge, Louisiana, this 27th day of March, 2012.

Respectfully submitted,

HYMEL DAVIS & PETERSEN, L.LC.

s/ Tim P. Hartdegen
L. J. Hymel (LBN 7137)
Richard P. Ieyoub, (LBN 02217)
Michael Reese Davis (LBN 17529)
Tim P. Hartdegen (LBN 27496)
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Telephone: 225-298-8118
Facsimile: 225-298-8119
thartdegen@hymeldavis.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronically filing with CM/ECF this 27th day of March, 2012 to all counsel of record: Patricia Fitzgerald of Lynch & Robbins PA, 2639 Dr. MLK Jr. Street N. St. Petersburg, FL 33704.

   s/ Tim P. Hartdegen
Tim P. Hartdegen